AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| William Dale Allen, Sr. | ) | |
| *Plaintiff* | ) | Civil Action No.    4:13-cv-2826-DCN |
| v. | ) | |
| Warden Lieber Correctional Institution | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the

amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___

%, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant

*(name)* _____ recover costs from the plaintiff *(name)* _____

■ other: The case is dismissed without prejudice.  A certificate of appealability is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a
verdict.

■ decided by Honorable David C. Norton, United States District Judge. The court
adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United
States Magistrate Judge.

Date:   November 25, 2013

*CLERK OF COURT*

s/Debbie Stokes
_____

*Signature of Clerk or Deputy Clerk*